IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Gladney-Johnson, Sheryl

Printed: 11/25/08

Case Number: 05 B 10165
Judge: Goldgar, A. Benjamin
Filed: 3/21/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: October 14, 2008
Confirmed: May 3, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 17,800.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 14,169.02 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 930.98 |
| Other Funds: |  | 0.00 |
| Totals: | 17,800.00 | 17,800.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Melvin J Kaplan Esq | Administrative | 2,700.00 | 2,700.00 |
| 2. | Resurgent Capital Services | Unsecured | 9,721.86 | 5,251.41 |
| 3. | Resurgent Capital Services | Unsecured | 10,321.71 | 5,575.41 |
| 4. | ECast Settlement Corp | Unsecured | 6,187.44 | 3,342.20 |
| 5. | Countrywide Home Loans Inc. | Secured | | No Claim Filed |
| 6. | Bank One | Unsecured | | No Claim Filed |
| 7. | AT&T Universal Card | Unsecured | | No Claim Filed |
| 8. | Citibank | Unsecured | | No Claim Filed |
| 9. | Comcast Digital Phone | Unsecured | | No Claim Filed |
| 10. | T Mobile USA | Unsecured | | No Claim Filed |
| 11. | MBNA America | Unsecured | | No Claim Filed |
|  |  |  | $ 28,931.01 | $ 16,869.02 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 19.79 |
| 3% | 22.04 |
| 5.5% | 298.14 |
| 5% | 47.50 |
| 4.8% | 159.60 |
| 5.4% | 309.15 |
| 6.5% | 74.76 |
|  | $ 930.98 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Gladney-Johnson, Sheryl | Case Number:  05 B 10165 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 11/25/08 | Filed:  3/21/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

